| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter **11** |
|  ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  JetSet Interiors, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-2080399

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10410 Miller Road** <br> **Dallas, TX 75238** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Dallas** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **JetSet Interiors, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **JetSet Interiors, LLC**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **JetSet Interiors, LLC**     Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 23, 2019**
               MM / DD / YYYY

**X** **/s/ David Miller**          **David Miller**
   Signature of authorized representative of debtor      Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Eric A. Liepins**        Date **September 23, 2019**
   Signature of attorney for debtor                MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone **972-991-5591**     Email address **eric@ealpc.com**

**12338110 TX**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **JetSet Interiors, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 24 Capital<br>31-10 37th Ave<br>Long Island City, NY 11101 | | | | $99,950.00 | $0.00 | $99,950.00 |
| Aeristo Leather<br>2550 N. Great Southwest Parkway<br>Grand Prairie, TX 75050 | | | | | | $45,683.17 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | | | | | | $38,591.00 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | | | | | | $188,888.57 |
| Aviation Consulting & Engineering, Solut<br>202 North Park Ave.<br>Maize, KS 67101 | | | | | | $37,627.40 |
| Aviation Personnel, LLC<br>Aviation Personnel LLC<br>4756 Highway 377 South<br>Fort Worth, TX 06116 | | | | | | $156,102.19 |
| Balboa Capital<br>575 Anton Boulevard<br>12th Floor<br>Costa Mesa, CA 92626 | | | | $36,220.51 | $0.00 | $36,220.51 |

| Debtor | **JetSet Interiors, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CanCapital**  WebBank c/o CAN Capital Inc. as Service  2015 Vaughn Road NW Bldg 500  Kennesaw, GA 30144 | | | | $40,950.00 | $0.00 | $40,950.00 |
| **Global Technical Services**  Global Technical Services  P.O. Box 60839  Charlotte, NC 28260-0839 | | | | | | $43,973.46 |
| **HSGI Inc.**  HSGI Inc  PO BOX 481  Dacula, GA 30019 | | | | | | $577,477.63 |
| **Jenkins Certification, Inc**  Jenkins Certification Inc  751 Hampshire Ct  Prosper, TX 75078 | | | | | | $53,807.50 |
| **Lendr**  153 West Ohio Street  5th Floor  Chicago, IL 60654 | | | | $94,097.50 | $0.00 | $94,097.50 |
| **Marquette Commerical Finance / UMB Bank**  1600 W 82nd St  Suite 250  Bloomington, MN 55431 | | | | $381,151.00 | $0.00 | $381,151.00 |
| **Platinum Funding Group**  348 RXR Plaza  Uniondale, NY 11556 | | | | $585,584.00 | $0.00 | $585,584.00 |
| **Polytronix Manufacturing and Fabrication**  753 N. Plano Road  Suite 200  Richardson, TX 75081 | | | | | | $83,919.31 |
| **Reinaldo Fernandez**  6750 GRANADA BLVD  CORAL GABLES, FL 33146 | | | | | | $343,750.00 |

Debtor **JetSet Interiors, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Stearns Bank** **PO Box 7338** **4191 2nd St S** **St Cloud, MN 56301** | | | | $606,708.88 | $0.00 | $606,708.88 |
| **Strom Aviation Inc.** **Strom Aviation Inc.** **109 South Elm Street** **Waconta, MN 55387** | | | | | | $301,337.41 |
| **Wells Fargo** **P.O. Box 51193** **Los Angeles, CA 90051-5493** | | | | | | $46,432.00 |
| **Westwood Funding** **116 Nassau Street** **Suite 804** **New York, NY 10038** | | | | $156,247.00 | $0.00 | $156,247.00 |

.

1 Trade Logistics
P.O Box 2355
Grapevine, TX 76099


24 Capital
31-10 37th Ave
Long Island City, NY 11101


A&C Products
9521 Middlex Dr.
San Antonio, TX 78217


AAR Aerostructures & Interiors
3312 Paysphere Circle
Chicago, IL 60674-3312


AdvancedFR Solutions
3000 Temtex Blvd
Terrell, TX 75160


Aeristo Leather
2550 N. Great Southwest Parkway
Grand Prairie, TX 75050


Aircraft Interior Products
535 S. Emerson St.
Wichita, KS 67209-2161


Alamo Plating
9230 Converse Business Lane
Converse, TX 78109


American Express
P.O. Box 981535
El Paso, TX 79998-1535

```
American Foam Rubber, LP
4908 Sharp St.
Dallas, TX 75247


Aviation Consulting & Engineering, Solut
202 North Park Ave.
Maize, KS 67101


Aviation Personnel, LLC
Aviation Personnel LLC
4756 Highway 377 South
Fort Worth, TX 06116


Balboa Capital
575 Anton Boulevard
12th Floor
Costa Mesa, CA 92626


Blend Supply
4701 North Main Street
Fort Worth, TX 76106


CanCapital
WebBank c/o CAN Capital  Inc. as Service
2015 Vaughn Road NW Bldg 500
Kennesaw, GA 30144


Chem Chek Inc
1750 Alma Rd
Suite 108
Richardson, TX 75081


Donghia, Inc.
500 Bic Dr
Gate 1 Suite 200
Milford, CT 06461


Federal Express
PO Box 660481
Dallas, TX 75266-0481
```

```
Flame-Tek, LLC
5 Richwood Cove
Lonoke, AR 72086


Global Technical Services
Global Technical Services
P.O. Box 60839
Charlotte, NC 28260-0839


Goldstar Aerospace Interiors, Inc.
3531 Shelby Lane
Denton, TX 76207


Greiner Aeropace Inc.
7621 Pebble Drive
Building 22
Fort Worth, TX 76118


Harvey's Carpets, LLC
13619 Neutron
Farmers Branch, TX 75244


HireRight LLC
P.O. Box 847891
Dallas
TX 75284-7891


Hot Shot Final Mile LLC
13950 Senlac Dr
Farmers Brach, TX 75234


HSGI Inc.
HSGI Inc
PO BOX 481
Dacula, GA 30019


Jenkins Certification, Inc
Jenkins Certification Inc
751 Hampshire Ct
Prosper, TX 75078
```

```
KLX Aerospace Solutions
909 Hidden Ridge Dr
Suite 550
Irving, TX 75038


Laird Plastics
P.O. BOX 934226
Atlanta, GA 31193


Lendr
153 West Ohio Street
5th Floor
Chicago, IL 60654


Marquette Commerical Finance / UMB Bank
1600 W 82nd St
Suite 250
Bloomington, MN 55431


Meteor Logistics Xpress
P.O. Box 833427
Richardson, TX 75083


Norton Medical Industries
6265 Sepulveda Blvd
Van Nuys, CA 91411


Olmsted-Kirk Paper Company
P.O. Box 206540
Dallas, TX 75320-6540


Platinum Funding Group
348 RXR Plaza
Uniondale, NY 11556


Polytronix Manufacturing and Fabrication
753 N. Plano Road
Suite 200
Richardson, TX 75081
```

```
Professional Plastics
Dept.LA 23218
Pasadena, Ca 91185-3218


R.S. Hughes
19 Brigham St. Unit 7A
Marlborough, MA 01752


R.S. Hughes Co.
P.O. Box 610323
DFW Airport, TX 75261


Reinaldo Fernandez
6750 GRANADA BLVD
CORAL GABLES, FL 33146


Sparkletts & Sierra Springs
PO BOX 660579
Dallas, TX 75266-0579


Stearns Bank
PO Box 7338
4191 2nd St S
St Cloud, MN 56301


Storm Aviation
c/o Robert Marist
14801 Quorum Drive
Suite 500
Dallas, TX 75254


Strom Aviation Inc.
Strom Aviation Inc.
109 South Elm Street
Waconta, MN 55387


Tai Ping Carpets
111 Rhode Island St.
Ste. 11
San Francisco, CA 94103
```

```
The Accountancy LLP
330 N Brand Blvd
Suite 200
Glendale, CA 91203


Townsend Leather
45-49 Townsend Avenue
PO Box 669
Johnstown, NY 12095


Uline Ship Supplies
PO Box 88741
Chicago, IL 60680-1741


Wells Fargo
P.O. Box 51193
Los Angeles, CA 90051-5493


Westwood Funding
116 Nassau Street
Suite 804
New York, NY 10038


XPO Logisitics
27839 Network Place
Chicago, IL 60673
```